# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF ALABAMA

| | |
|---|---|
| **VICK SPRINGSTON, an individual,** ) | |
| ) | |
| **Plaintiff,** ) | |
| ) | |
| v. ) | **CASE NO.** |
| ) | |
| **PORTFOLIO RECOVERY** ) | **Pending in the Circuit Court of** |
| **ASSOCIATES, LLC; Fictitious** ) | **Jefferson County, Alabama, (01-CV-** |
| **Defendants "A", "B" and "C"** ) | **2023-904642.00)** |
| **thereby intending to refer to the** ) | |
| **legal entity, person, firm, or** ) | |
| **corporation which was responsible** ) | |
| **for or conducted the wrongful acts** ) | |
| **alleged in the Complaint; Names of** ) | |
| **the Fictitious parties are unknown to** ) | |
| **the Plaintiff at this time but will be** ) | |
| **added by amendment when** ) | |
| **ascertained.** ) | |
| ) | |
| **Defendant.** ) | |
| _____ / | |

## NOTICE OF REMOVAL

**PLEASE TAKE NOTICE** that on this date, Defendant Portfolio Recovery Associates, LLC ("PRA") hereby removes the above-captioned matter to this Court from the Circuit Court of Jefferson County Alabama and in support thereof avers as follows:

1. PRA is the Defendant in a civil action originally filed on December 26, 2023, in the Circuit Court of Jefferson County Alabama titled *Vick Springston, an*

1

*individual, v. Portfolio Recovery Associates, LLC* and docketed to Case No. 01-CV-2023-904642.00.

2. This removal is timely under 28 U.S.C. § 1446(b). PRA received service of Plaintiff's Complaint on December 29, 2023.

3. Pursuant to 28 U.S.C. § 1446, attached hereto as Exhibit A are copies of all pleadings, process and orders filed in the state court action.

4. This Court has original jurisdiction over this action pursuant to 28 U.S.C. § 1331, in that Plaintiff has filed claims against PRA alleging violations of the Fair Debt Collection Practices Act, 15 U.S.C. § 1692, *et seq.*

5. On this date, PRA has provided notice of this Removal to counsel for Plaintiff and to the Circuit Court of Jefferson County, Alabama. A copy of that Notice is attached as Exhibit B.

6. By virtue of this Notice of Removal of Action and the Notice filed in the Action, Defendant does not waive its rights to assert any personal jurisdictional defenses or file other pre-answer motions including Federal Rule of Civil Procedure 12 motions and/or motions to compel arbitration as permitted by the Federal Rules of Civil Procedure.

WHEREFORE, Defendant requests that further proceedings in the Circuit Court of Jefferson County, Alabama, be discontinued and that this action be removed

in its entirety to the United States District Court for the Northern District of Alabama, which will then assume full jurisdiction over this cause of action.

                Respectfully submitted,

By:   */s/ Chris Willis*
       Chris Willis, Esq.
       TROUTMAN PEPPER HAMILTON SANDERS LLP
       600 Peachtree Street NE, Suite 3000
       Atlanta, GA 30308
       Tel: (404) 885-3000
       Fax: (404) 885-3900
       Email: chris.willis@troutman.com
       *Counsel for Defendant Portfolio Recovery Associates, LLC*

## **CERTIFICATE OF SERVICE**

I certify that on January 26, 2024 true copy of the foregoing document was served on all following counsel of record by electronic service and/or FedEx Overnight Mail.

Patricia S. Lockhart
John G. Watts
M. Stan Herring
Watts & Herring, LLC
The Kress Building
301 19th Street North
Birmingham, AL 35203
patricia@wattsherring.com
john@wattsherring.com

                                  By:   /s/ *Chris Willis*
                                          Chris Willis, Esq.
                                          TROUTMAN PEPPER HAMILTON SANDERS LLP
                                          600 Peachtree Street NE, Suite 3000
                                          Atlanta, GA 30308
                                          Tel:  404.885.3000
                                          Fax:  404.885.3900
                                          chris.willis@troutman.com
                                          *Counsel for Defendant Portfolio Recovery Associates, LLC*